1  Richard G. Grotch, Esq. – SBN 127713
   Sarvenaz J. Fahimi, Esq. –SBN 226148
2  **CODDINGTON, HICKS & DANFORTH**
   **A Professional Corporation, Lawyers**
3  555 Twin Dolphin Drive, Suite 300
   Redwood City, California 94065-2133
4  Tel. (650) 592-5400
   Fax.(650) 592-5027
5  E-mail: rgrotch@chdlawyers.com

6  **ATTORNEYS FOR** Defendant
   UNITED AIR LINES, INC.
7

8
                           **UNITED STATES DISTRICT COURT**
9
                          **NORTHERN DISTRICT OF CALIFORNIA**
10

11 | MARY C. KERNER,                              | No. C 08 4528 EDL
12 |                  Plaintiff,                  |
13 | vs.                                          | STIPULATION SEEKING ORDER
                                                    EXTENDING TIME FOR DEFENDANT
                                                    UNITED AIRLINES TO ANSWER
14 | JORGE MENDEZ, PATRICK PHILIPS,               | PLAINTIFF'S AMENDED COMPLAINT
     KEN SMART, UNITED AIRLINES                     [CIVIL L.R. 7-12]
15 | (UAL), Does 1 through 10, inclusive,         |
                                                    Honorable Elizabeth D. Laporte
16 |                  Defendants.                 |
                                              /
17

18      WHEREAS plaintiff Mary C. Kerner filed her original Complaint in this case on September

19 29, 2008; and

20      WHEREAS defendant United Air Lines, Inc., (hereinafter "United"erroneously sued herein

21 as United Airlines (UAL)) filed a motion to dismiss the original Complaint pursuant to Federal Rule

22 of Civil Procedure 12(b)(6); and

23      WHEREAS plaintiff filed her Amended Complaint on February 24, 2009, which mooted

24 United's Motion to Dismiss directed to the Original Complaint; and

25      WHEREAS United intends to move to dismiss plaintiff's Amended Complaint pursuant to Rule

26 12(b)(6); and

27 ///

28 ///

Stipulation Seeking Order Extending Time for
Defendant United Airlines to Answer Plaintiff's
Amended Complaint [Civil L.R. 7-12];
Case No. C 08 4528 EDL

1  WHEREAS it is in the interests of judicial economy to allow the Court to consider and rule
2  upon United's motion and plaintiff's opposition thereto, prior to the time that United files an answer,
3  if any is required;

4  Plaintiff and United, through its counsel of record, respectfully move the Court, jointly,
5  pursuant to Local Rule 7-12, for an order extending the time within which United may answer
6  plaintiff's Amended Complaint, if an answer is necessary, to and including, 10 days after the Court
7  issues its ruling on United's Motion to Dismiss.

Dated: February 25, 2009                Respectfully submitted,

SHAPIRO AND SHAPIRO

/s/ Carl B. Shapiro
By:_____
Carl B. Shapiro
Attorneys for Plaintiff Mary C. Kerner

CODDINGTON, HICKS & DANFORTH

/s/ Sarvenaz J. Fahimi
By: _____
Sarvenaz J. Fahimi (*)
Attorneys for Defendant
United Air Lines, Inc.

(*) I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 2, 2009    _____
Honorable Elizabeth D. Laporte
United States Magistrate Judge

*IT IS SO ORDERED*
*Elizabeth D. Laporte*
*Judge Elizabeth D. Laporte*

Stipulation Seeking Order Extending Time for Defendant United Airlines to Answer Plaintiff's Amended Complaint [Civil L.R. 7-12]; Case No. C 08 4528 EDL

2