```
1  Richard G. Grotch, Esq. – SBN 127713
   Sarvenaz J. Fahimi, Esq. –SBN 226148
2  CODDINGTON, HICKS & DANFORTH
   A Professional Corporation, Lawyers
3  555 Twin Dolphin Drive, Suite 300
   Redwood City, California 94065-2133
4  Tel. (650) 592-5400
   Fax.(650) 592-5027
5  E-mail: rgrotch@chdlawyers.com

6  ATTORNEYS FOR Defendant
   UNITED AIR LINES, INC.
7
```

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY C. KERNER, | No. C 08 4528 EDL |
| Plaintiff, | |
| vs. | STIPULATION SEEKING ORDER EXTENDING TIME FOR DEFENDANT UNITED AIRLINES, INC. TO ANSWER PLAINTIFF'S SECOND AMENDED COMPLAINT [CIVIL L.R. 7-12] AND ORDER THEREON |
| JORGE MENDEZ, PATRICK PHILIPS, KEN SMART, UNITED AIRLINES (UAL), Does 1 through 10, inclusive, | |
| Defendants. | Honorable Elizabeth D. Laporte |

WHEREAS plaintiff Mary C. Kerner filed her Second Amended Complaint ("SAC") on June 5, 2009; and

WHEREAS defendant United Air Lines, Inc. (hereinafter "United") intends to move to dismiss plaintiff's SAC pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure; and

WHEREAS it is in the interests of judicial economy to allow the Court to consider and rule upon United's motion and plaintiff's opposition thereto, prior to the time that United files an answer, if any is required;

///

///

///

///

Plaintiff and United, through their counsel of record, respectfully stipulate, pursuant to Local Rule 7-12, that the Court enter an order extending the time within which United may answer plaintiff's SAC, if an answer is necessary, to and including, 10 days after the Court issues its ruling on United's Motion to Dismiss.

SO STIPULATED.

Dated: June 15, 2009             SHAPIRO & SHAPIRO

                                 /s/ Carl B. Shapiro
                                 By: _____
                                     Carl B. Shapiro
                                     Attorneys for Plaintiff
                                     Mary C. Kerner

Dated: June 15, 2009             CODDINGTON, HICKS & DANFORTH

                                 /s/ Richard G. Grotch
                                 By: _____
                                     Richard G. Grotch (*)
                                     Attorneys for Defendant
                                     United Air Lines, Inc.

(*) I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 17, 2009             _____
                                 Hon. _____
                                 United _____

*IT IS SO ORDERED*
*Elizabeth D. Laporte*
*Judge Elizabeth D. Laporte*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

CODDINGTON, HICKS & DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065
(650) 592-5400

Stipulation Seeking Order Extending Time for Defendant United Air Lines, Inc. to Answer Plaintiff's Second Amended Complaint - No. C 08 4528 EDL

2